■     In the Matter of VIRGINIA TRUE, Appellant, v. TOWN OF PLATTSBURGH et al., Respondents.—Judgment, Supreme Court, Clinton County, entered on August 15, 1972, affirmed, without costs. (See *Matter of Pichel* v. *Wells*, 38 A D 2d 632.) Herlihy, P. J., Staley, Jr., Cooke, Kane and Main, JJ., concur.